IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br><br>*David Brown, Jr. v. Syngenta AG; Syngenta Crop Protection, LLC; & Does 1 through 60, inclusive*<br>Case No. 3:23-pq-01382-NJR | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal filed June 3, 2024 (Doc. 4), this action is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:  June 5, 2024

                                                MONICA A. STUMP,
                                                Clerk of Court

                                                By:  s/ *Deana Brinkley*
                                                          Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    Chief U.S. District Judge